**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**UNITED STATES**

**v.**          405CR059

**MARTIN J. BRADLEY III, et al.**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 12 AM 11: 15

CLERK_____
SO. DIST. OF GA.

## ORDER

As a follow-up to this Court's comprehensive, 5/17/07 Order, *U.S. v. Bradley,* 2007 WL 1464058 (S.D.Ga. 5/17/07) (unpublished), doc. # 934, the Court **GRANTS** as unopposed Receiver Marta Alfonso's Motion to Confirm Sales of Real Property. Doc. # 930. The Receiver's Motion For Approval of Terms of Sale of Property, doc. # 898 ("located at 16 Snowmass Road, Unit #2, Silver Ridge Condominium, Mt. Crested Butte, Colorado 81225"), is **GRANTED**. Her motion to withdraw specified pages from her motion # 940 is **GRANTED**. Doc. # 944. Finally, Martin J. Bradley's unopposed Motion for Leave to file a reply brief, doc. # 927, is **GRANTED**.

This _12_ day of June, 2007.

B. AVANT EDENFELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA