# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CASE NO. CR405-59

THE UNITED STATES OF AMERICA,

     Plaintiff,

          v.

MARTIN J. BRADLEY, III; MARTIN J.
BRADLEY, JR.; JOSE A. TRESPALACIOS;
EDWIN RIVERA, JR.; ALBERT L.
TELLECHEA; MARLENE C. CACERES;
STEPHEN B. GETZ; SARA E. GRIFFIN;
and BIO-MED PLUS, INC.,

     Defendants.

_____/

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO PAY ALLOWED CLAIM OF SUNSET ISLAND HOMEOWNER'S ASSOCIATION, INC.

THIS CAUSE came before the Court upon the Receiver's Motion For Authority to Pay Allowed Claim of Sunset Island Homeowner's Association, Inc. (the "Motion"). The Motion, having been filed with this Court and duly served upon all interested parties; and the Court, having reviewed the Motion and good cause appearing therefore, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

    1.    The Receiver is authorized to distribute $36,461.58 to Sunset Island Homeowner's Association, Inc. for payment of its Proof of Claim.

This __18__ day of March, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA