UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. CR405-59

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN J. BRADLEY, III; MARTIN J. BRADLEY, JR.; JOSE A. TRESPALACIOS; EDWIN RIVERA, JR.; ALBERT L. TELLECHEA; MARLENE C. CACERES; STEPHEN B. GETZ; SARA E. GRIFFIN; and BIO-MED PLUS, INC.,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION TO CONFIRM SALE OF REAL PROPERTY

THIS CAUSE came before the Court upon the Receiver's Motion to Confirm Sale of 0 Entelman Avenue, Savannah, Georgia, (the "Motion to Confirm"). The Motion to Confirm, having been filed with this Court and duly served upon all interested parties; and the Court, having reviewed the Motion to Confirm and good cause appearing therefore, it is hereby,

ORDERED AND ADJUDGED as follows:

The Motion to Confirm is hereby GRANTED and the Receiver is authorized to sell the property located at 0 Entelman Avenue, Savannah, Georgia.

This _10_ day of _June_, 2008.

            B. AVANT EDENFIELD, JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA

Copies to all counsel of record

C:\NrPortbl\Miami\AG\507420_1.DOC