UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.                    405CR059

MARTIN J. BRADLEY III, *et al.*

## ORDER

The Receiver's unopposed Motion to Confirm Sale of Real Properties, doc. # 1193, is ***GRANTED***.

This  1  day of December, 2008.

*/s/ B. Avant Edenfield*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA